**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| BOARD OF TRUSTEES of the ROCKFORD PIPE TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES of the PLUMBERS & PIPE FITTERS, LOCAL 23, U.A. HEALTH & WELFARE FUND; BOARD OF TRUSTEES of the PLUMBERS & PIPE FITTERS, LOCAL 23, U.A. JOURNEYMAN AND APPRENTICE TRAINING FUND; PLUMBERS & PIPE FITTERS, LOCAL 23, U.A.; and PIPING INDUSTRY COUNCIL OF THE ROCKFORD AREA; <br><br> Plaintiffs, <br><br> vs. <br><br> TRIMECH, INC., an Illinois Corporation, <br><br> Defendant. | NO.: 07CV50071 <br><br> JUDGE: KAPALA <br><br> MAGISTRATE JUDGE: MAHONEY |

## MOTION FOR ENTRY OF FINAL JUDGMENT

Now come Plaintiffs, the BOARD OF TRUSTEES of the ROCKFORD PIPE TRADES INDUSTRY PENSION FUND, *et al.,* by and through their attorneys, JOHNSON & KROL, LLC, and moves this Honorable Court for entry of FINAL JUDGMENT against Defendant TRIMECH, INC. ("TRIMECH"), and in support thereof, states as follows:

1. On April 13, 2007, Plaintiffs filed their Complaint against Defendant TRIMECH. Subsequently, Plaintiffs filed their First Amended Complaint on May 15, 2007 to add CARR'S REFRIGERATION AND AIR CONDITIONING SERVICE ("CARR'S") as a Defendant.

2. TRIMECH was served with the Summons and First Amended Complaint on May 18, 2007.

1

3. On August 8, 2007, Plaintiffs filed a Motion for Default Judgment against Defendant TRIMECH because TRIMECH failed to answer the Summons.

4. On September 5, 2007, the Court entered a Default Judgment against Defendant TRIMECH and further ordered the Defendant to comply with an audit of TRIMECH's books, records and other documents to determine its compliance with its obligation to submit contributions to the Plaintiffs.

5. Plaintiffs have accrued $20,202.41 in court costs and reasonable attorneys' fees associated with the collection. (Affidavit of court costs and reasonable attorneys' fees by Joseph E. Mallon is attached as Exhibit 1).

6. $16,333.51 of the court costs and reasonable attorneys' fees remain unsatisfied after the Plaintiffs and CARR'S entered into a Stipulated Order for Dismissal of CARR'S from the lawsuit.

7. TRIMECH is obligated to pay attorney fees, audit fees, and court costs incurred by the Plaintiffs pursuant to the underlying Collective Bargaining Agreement and 29 U.S.C. §1132(g)(2)(D).

8. Therefore, TRIMECH owes the Plaintiffs $16,333.51.

9. A proposed Judgment Order is attached hereto as Exhibit 2.

WHEREFORE, Plaintiffs pray that this Court enter Final Judgment in favor of Plaintiffs and against Defendant TRIMECH in the amount of $16,333.51.

Respectfully submitted,

JOHNSON & KROL, LLC

By: /s/ Joseph E. Mallon – 6280529
One of Plaintiffs' Attorneys

Johnson & Krol, LLC
208 South LaSalle Street, Suite 1602
Chicago, Illinois 60604
(312) 372-8587